UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN RIVERA

             Plaintiff,

- against -

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, INC.,

             Defendant.

**ORDER**

19 Civ. 6593 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to discovery and cross-motions for summary judgment:

1. Defendant will produce the administrative record, and any Prudential policies and procedures requested by Plaintiff's counsel, by **December 12, 2019**;

2. Cross-motions for summary judgment are due by **January 22, 2020**; and

3. Oppositions to cross-motions for summary judgment are due by **February 5, 2020**.

Dated: New York, New York
       December 3, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge